Frank Parker (Plaintiff)
1860 West 500 North, C45
Salt Lake City, Utah 84116
Phone 435-255-0073

**PRO SE**

FILED
U.S. DISTRICT COURT

2018 SEP 10 A 10: 02

DISTRICT OF UTAH

BY:_____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| Frank Parker <br><br> **PLAINTIFF** <br><br> Vs. <br><br> APP/Kristie Bourdon, UBPP/Dave Franchino <br> UDC/Swat Team, John doe,1,2,3,4, UDC/ <br> S.O. Registry/U A Gen. Sean Reyes, <br> Curtis L. Garner, SLPD, Etc.. <br> **DEFENDENTS** | **MOTION TO AMEND** <br> (42U.S.C.§1983, 1985) <br> (1964 18 USC 245) <br><br> **Demand for Jury Trial** <br><br> CIVIL NO. Case 2:18- cv- 00688 <br><br> **Judge: Stewart, Ted** |

### MOTION TO AMEND COMPLAINT

I Frank Parker, the Plaintiff of the above caption matter hereby Motion this Honorable Court to AMENDEND the above caption Complaint, pursuant to Federal Civil Rules and Procedures, Rule 15(a)(2).

### GROUNDS FOR THE AMENDMENT

The Plaintiff request to remove the exhibit No.# 4, from the original Complaint which is a "CD Recording" with the Plaintiffs, *"Utah State Board of Pardons and Parole Hearing"*, on it.

This was a Hearing that was held by ;Utah State Board of Pardons and Parole, Hearing Officer, Dave Franchino, who is a Defendant in this above Caption Matter.

The reason being, is that the CD presented as exhibit #4 along with the original Complaint was found to be blank and did not have the intended file recorded on it, as viewed by the Clerk of the Courts.

The amended exhibit #4 CD has the intended file recording in on it.

Done this 10th day of September in the year of 2018.

Respectfully,

*Frank Parker*
Frank Parker