IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FRANK PARKER,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTIE BOURDON, et. al.,<br><br>    Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:18-CV-688 TS-DBP<br><br>District Judge Ted Stewart |

On September 4, 2018, Plaintiff filed his Complaint and Amended Complaint. Plaintiff also filed motions to appoint counsel, effect service of process, toll the statute of limitations, and amend the amended complaint. This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).

The Magistrate Judge issued a Report and Recommendation on October 25, 2018. The Magistrate Judge recommended that Plaintiff be ordered to file a Second Amended Complaint to cure the deficiencies contained in Plaintiff's Amended Complaint. The Magistrate Judge further recommended that Plaintiff's pending motions be denied. This matter is before the Court for consideration of that Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1), a party has 14 days from being served with a copy of the Report and Recommendation to file an objection. Plaintiff has not responded directly to the Report and Recommendation but has filed a Second Amended Complaint as required. The Court has considered the pleadings in the file and the Report and Recommendation. It is therefore

1

ORDERED that the Magistrate Judge's October 25, 2018 Report and Recommendation (Docket No. 19) is ADOPTED IN FULL. It is further

ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (Docket No. 22) is GRANTED. It is further

ORDERED that Plaintiff's Motion to Appoint Counsel (Docket No. 4) is DENIED without prejudice. It is further

ORDERED that Plaintiff's Motion for Service of Process (Docket No. 5) is DENIED as moot. It is further

ORDERED that Plaintiff's Motion for Tolling Statute of Limitations (Docket No. 6) is DENIED without prejudice. It is further

ORDERED that Plaintiff's Motion to Amend the Amended Complaint (Docket No. 10) is DENIED as moot.

DATED this 19th day of November, 2018.

BY THE COURT:

Ted Stewart
United States District Judge